Ashley WYRE, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 132, 2015

Supreme Court of Delaware.

Submitted: September 30, 2015
Decided: October 2, 2015

Court Below—Superior Court of the State of Delaware in and for Sussex County, Cr. No. ID. 1209017746

AFFIRMED.